IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SOUTHERN UTAH WILDERNESS ALLIANCE, *et al.*,

    Plaintiffs,

v.

UNITED STATES DEPARTMENT OF THE INTERIOR, *et al.*,

    Defendants

Case No. 1:10-cv-01930-RMU

## NOTICE OF WITHDRAWAL OF COUNSEL

Effective January 1, 2012, the firm name for the undersigned counsel became Bryan Cave HRO. Pursuant to LCvR 83.6, Thomas F. Cope and Bryan Cave HRO hereby give notice of withdrawal from the representation of proposed Intervenor-Defendant Kane County, Utah, whose consent to the withdrawal is attached as Attachment A.

Thomas F. Cope and Holme Roberts and Owen, LLP had previously been replaced as counsel to proposed Intervenor-Defendant San Juan County, Utah, by Holland & Hart, LLP.

San Juan County, Utah, and Kane County, Utah, will continue to be represented in this case by Holland & Hart, LLP, and counsel Craig D. Galli, Shawn T. Welch (*pro hac vice* pending), and Tamara L. Stevenson (*pro hac vice* pending).

Respectfully submitted this 9th day of January, 2012.

/s/ Thomas F. Cope
Thomas F. Cope (D.C. Bar #472299)
BRYAN CAVE HRO
1700 Lincoln Street, Suite 4100
Denver, CO 80203
Telephone:  (303) 861-7000
Facsimile:  (303) 866-0200
thomas.cope@bryancave.com

Withdrawing counsel for Proposed Intervenor-Defendant Kane County, Utah

## CERTIFICATE OF SERVICE

I certify that on January 9, 2012, a true and correct copy of the foregoing **Notice of Withdrawal of Counsel** was served via electronic notice, as follows:

| | |
|---|---|
| Alison Flint | aflint@earthjustice.org |
| Constance E. Brooks | connie@cebrooks.com |
| David Garbett | david@suwa.com |
| Heidi Joy McIntosh | heidi@suwa.org |
| Harry Souvall | hsouvall@utah.gov |
| Michael S. Freeman | mfreeman@earthjustice.org |
| Michael D. Thorp | Michael.thorp@usdoj.gov |
| Robert B. Wiygul | Robert@waltzerlaw.com |
| Robin Cooley | rcooley@earthjustice.org |
| Stephen H.M. Bloch | steve@suwa.org |
| David Garbett | david@suwa.org |
| William P. Horn | whorn@dc.bhb.com |
| Heidi J. McIntosh | heidi@suwa.org |
| Harry H. Souvall | hsouvall@utah.gov |
| Craig D. Galli | cgalli@hollandhart.com |

/s/ Thomas F. Cope

**ATTACHMENT A**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SOUTHERN UTAH WILDERNESS ALLIANCE, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF THE INTERIOR, *et al.*,<br><br>Defendants, | Case No. 1:10-cv-01930-RMU |

## CONSENT TO WITHDRAWAL OF COUNSEL

Pursuant to LCvR 83.6(b), Kane County, Utah, consents to the withdrawal of Thomas F. Cope and Holme Roberts & Owen, LLP. Kane County, Utah, will continue to be represented in this case by HOLLAND & HART, LLP, and counsel Craig D. Galli, Shawn T. Welch (*pro hac vice pending*), and Tamara L. Stevenson (*pro hac vice pending*).

Signed,

*Dirk Clayson*
Dirk Clayson
Commissioner, Kane County, Utah